IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:  REAL PROPERTY LOCATED AT  ) | CASE NO.:  3:21-MC-00059 |
| 215 BALFOUR DRIVE, ARCHDALE  ) | |
| NORTH CAROLINA, MORE PARTICULARLY  ) | ORDER AND LIS PENDENS |
| DESCRIBED IN A DEED RECORDED AT  ) | |
| DEED BOOK 2708, PAGES 1801-1804 IN THE  ) | |
| RANDOLPH COUNTY REGISTER OF DEEDS  ) | |
| _____) | |
| FILE IN GRANTOR INDEX UNDER:  ) | |
| APIAGNE, INC.  ) | |

WHEREAS, the United States of America, by and through Federal Bureau of Investigation Task Force Office G. H. Dow, has presented an affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343 and/or property involved in violations of 18 U.S.C. §§ 1956 and 1957;

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343 and/or property involved in violations of 18 U.S.C. §§ 1956 and 1957;

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 18 U.S.C. §§  981(a)(1)(A) and (C), and 982(a)(1), and/or 28 U.S.C. § 2461(c), and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil <u>in rem</u> action before this Court, and any person who has a question as to this action should contact:

United States Attorney
for the Western District of North Carolina
Attn: Benjamin Bain-Creed
227 West Trade Street, Suite 1650
Charlotte, NC     28202
(704) 344-6222

Signed: March 30, 2021

David C. Keesler
United States Magistrate Judge

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**